IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**DOREITHA MAY BROOKS**,                     Civil File No. 11-CV-2316 SAC/KGS

     Plaintiff,

vs.                                                                          **NOTICE OF DISMISSAL**
                                                                             **WITH PREJUDICE**

**BUREAU OF COLLECTION RECOVERY, INC.**,

     Defendant.

---

     **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                Respectfully submitted,

Dated:  August 5, 2011                            /s/ J. Mark Meinhardt
                                                        J. Mark Meinhardt KS # 20245
                                                        4707 College Blvd, Suite 100
                                                        Leawood, KS 66211
                                                        (913) 451-9797 (Telephone)
                                                        (913) 451-6163 (Facsimile)
                                                        meinhardtlaw@sbcglobal.net

                                                        **ATTORNEY FOR PLAINTIFF**